**J. LEE MILLIGAN, INC.,**
Plaintiff–Appellee

v.

**CIC FRONTIER, INC., Defendant–Appellant.**

No. 07–11048.

United States Court of Appeals,
Fifth Circuit.

Sept. 9, 2008.

Jenifer Lynn Balch, Gwinn & Roby, Dallas, TX, Thomas C. Riney, Riney & Mayfield, Amarillo, TX, for Plaintiff–Appellee.

Mark Douglas White, Sprouse Shrader Smith, Amarillo, TX, for Defendant–Appellant.

Before SMITH, WIENER, and HAYNES, Circuit Judges.

PER CURIAM: *

On August 19, 2008, 289 Fed.Appx. 786, this Court affirmed the final judgment of the District Court except for a limited remand on the amount of appellate attorneys' fees. The parties have reached an agreement on the amount and all fees have been paid. This court now enters judgment based on the August 19th, 2008 opinion and grants the motion to dismiss.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

